**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MARINER IC INC., | § | |
| | § | |
| *Plaintiff*, | § | Case No. 2:16-CV-00525-JRG-RSP |
| | § | |
| v. | § | |
| | § | |
| FUNAI ELECTRIC CO, LTD, et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on April 21, 2017 (Dkt. No. 141) recommending that Panasonic Corporation of North America's Motion to Dismiss for Failure to State a Claim (Dkt. No. 39) be denied. No objections have been filed. Accordingly, the Report and Recommendation is ADOPTED. Panasonic's Motion to Dismiss (Dkt. No. 39) is DENIED.

**So Ordered this**
**May 18, 2017**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1